No. 76–1777. BENSON v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 76–1780. BONSUKAN v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 1st Cir. Certiorari denied.

No. 76–1781. LEVE ET AL., DBA QUASHA LAW OFFICE v. SCHERING CORP. C. A. 3d Cir. Certiorari denied.

No. 76–1782. CREAMER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–1784. MUSTO ET AL. v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 76–1785. FLOWERS ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–1787. LEVY v. COHEN ET AL. Sup. Ct. Cal. Certiorari denied.

No. 76–1788. ST. REGIS PAPER Co. v. BEMIS Co., INC. C. A. 7th Cir. Certiorari denied.

No. 76–1790. KIRSNER ET AL. v. REID ET AL. Baltimore City Court of Maryland. Certiorari denied.

No. 76–1791. KAY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–1793. SANDERS v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 76–1794. ZELDES, TRUSTEE v. MANUFACTURERS HANOVER TRUST Co. ET AL. C. A. 2d Cir. Certiorari denied.